IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: EVELYN L MOOREHEAD      CASE NO: 4:14-bk-13952 R
        DEBTOR     CHAPTER 13

### NOTICE OF CONTINUED/RESCHEDULED HEARING ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Please take notice that the hearing on the Trustee's Motion to Dismiss for failure to Make Plan Payments previously scheduled for May 20, 2021 at 9:00 am has been continued/rescheduled to:

> July 15, 2021 at 9:00 am
>
> U.S. Bankruptcy Court
> 300 W. 2nd, Room 310
> Little Rock, AR 72201

Date: May 25, 2021

             /s/ Linda McCormack
             Linda McCormack
             United States Bankruptcy Clerk

cc: Joyce Bradley Babin, Trustee

     PRO SE DEBTOR
     Acting as Own Attorney
     , 00000

     EVELYN L MOOREHEAD
     46 Saratoga Drive
     Little Rock, AR 72223