**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN  DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

IN RE:  EVELYN L MOOREHEAD                                      CASE NO: 4:14-bk-13952 R
DEBTOR                                                                            CHAPTER 13

**NOTICE OF CONTINUED/RESCHEDULED HEARING ON**
**TRUSTEE'S MOTION TO DISMISS**
**FOR FAILURE TO MAKE PLAN PAYMENTS**

Please take notice that the hearing on the Trustee's Motion to Dismiss for failure to Make Plan Payments previously

scheduled for July 15, 2021  at  9:00 am  has been continued/rescheduled to:

October 07, 2021  at  9:00 am

U.S. Bankruptcy Court
300 W. 2nd, Room 310
Little Rock, AR 72201

Date:  July 20, 2021                                                  /s/ Linda McCormack
                                                                              Linda McCormack
                                                                              United States Bankruptcy Clerk

cc:   Joyce Bradley Babin, Trustee

       PRO SE DEBTOR
       Acting as Own Attorney
       ,   00000

       EVELYN L MOOREHEAD
       46 Saratoga Drive
       Little Rock, AR  72223

GO 11-32 / tr        / 017